DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. KING and McDOUGALD

No. 44 PC.

Case below: 21 N.C. App. 549.

Petition of McDougald for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

STATE v. LISK

No. 122 PC.

Case below: 21 N.C. App. 474.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

STATE v. LOGAN

No. 38.

Case below: 22 N.C. App. 55.

. Petition for writ of certiorari to North Carolina Court of Appeals denied 13 August 1974. Motion of Attorney General to dismiss appeal allowed 13 August 1974.

STATE v. MOORE

No. 35.

Case below: 21 N.C. App. 557.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 August 1974.

STATE v. PIERCE

No. 18.

Case below: 21 N.C. App. 451.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 August 1974.